Peter L. Fear
Chapter 7 Trustee
P.O. Box 28490
Fresno, California 93729
(559) 464-5295
trustee@trusteefear.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>RDD RACEWAY HOBBIES INC.,<br><br>Debtor. | Case No. 15-10362-B-7<br><br>Chapter 7<br><br>D.C. No. PFT-1<br><br>Date: March 12, 2015<br>Time: 10:00 a.m.<br>Place: Dept. B, Ctrm. 12, 5th Floor<br>      United States Courthouse<br>      2500 Tulare St., Fresno, California<br>Judge: Hon. W. RICHARD LEE |

**TRUSTEE'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF AUCTIONEER, AUTHORIZING SALE OF PROPERTY AT PUBLIC AUCTION AND AUTHORIZING PAYMENT OF AUCTIONEER FEES AND EXPENSES**

PETER L. FEAR, Chapter 7 Trustee herein ("Applicant") hereby moves the Court for for authority to employ an auctioneer, for authority to sell property at public auction, and for authority to pay auctioneer fees and expenses, and submits the following points and authorities in support of that motion:

1.     Debtor filed a Chapter 7 petition on February 2, 2015, and an order for relief was entered. Applicant is the duly appointed, qualified and acting Trustee of the above referenced bankruptcy estate.

2.     The assets of the estate include, but are not limited to:

| Asset Description | Scheduled Value | Trustee's Value | Liens | Exemptions | Net Value |
|---|---|---|---|---|---|
| Security camera<br>2 old computers<br>Misc. cabinets<br>Desk<br>Mini refrigerator<br>Microwave<br>1 printer<br>2 hand held telephones<br>Misc. Display shelving<br>Retail Merchandise | $27,200 | Estimate $5,000 | $0 | $0 | $5,000 |
| **TOTAL** | | | | | **$5,000** |

3. In order to liquidate said asset for the benefit of the creditors, the Trustee believes it is necessary to sell the Property at public auction. Based on the Trustee's experience Trustee believes that the best and highest net recovery to this estate will arise by selling the Property at public auction through the employment and services of a licensed auctioneer. The assets are either unencumbered or have greater value than any liens and exemptions applied to the assets. Trustee believes that sale of the assets will result in funds to pay creditors.

4. Applicant seeks to retain the services of Gould Auction and Appraisal Company, 30602 Imperial Street, Shafter, California 93263 ("Auctioneer"). In order to expedite the sale of the Personal Property, Trustee entered into an agreement, subject to Court approval, with Jerry Gould of Gould Auction & Appraisal Company. Jerry Gould is the owner and operator of Gould Auction & Appraisal Company and is authorized to review this application and agree to the terms and conditions contained herein. Mr. Gould will conduct and be responsible for the public auction sale. The date for the public auction sale is March 21, 2015, at 10:00 a.m. The auction will be held at 6200 Price Street, Bakersfield, California.

5. According to the agreement between Trustee and Auctioneer, the fees for professional services rendered by Gould Auction & Appraisal Company are as follows:

    a. Auctioneer will receive a commission of 15% on the gross proceeds of the auction sale of unencumbered property.

    b. Included in the commission will be necessary expenses including, but not limited to, inventory, advertising and other costs of sale.

    c. Auctioneer may be reimbursed for up to $500.00 for any extraordinary expenses (for example, if a truck needs a large battery) and a $100.00 pick up fee, without further order of this Court.

    d. Auctioneer will be responsible for collecting and paying any and all sales tax in relation to this auction.

6. The auctioneer holds a $150,000.00 bond that is required by the U.S. Trustee, the original of which is in the possession of the U.S. Trustee.

7. Trustee believes the proposed fee for services is reasonable and customary for the services to be rendered by the auctioneer.

8. Trustee believes that the granting of this Application is in the best interests of the Bankruptcy Estate and, accordingly, the Court should approve said employment as provided in 11 U.S.C. §327(a). Based on the Declaration of Jerry Gould in Support of the Application for Order Authorizing Employment of Auctioneer, the Trustee is informed and believes that Jerry Gould and Gould Auction & Appraisal Company are disinterested persons within the meaning of 11 U.S.C. §101(14) and have no connections with the debtor, creditors, or any other parties in interest or in their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

1      9.      Auctioneer

          a.      is not a creditor, an equity security holder, or an insider;

          b.      is not and was not an investment banker for any outstanding security of the debtors;

          c.      has not been, within three (3) years before the date of the filing of the petition, an investment banker for a security of the debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the debtors;

          d.      is not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the debtors or of an investment banker specified in subparagraph (a) or (b) of this paragraph; and

          e.      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the debtors or an investment banker specified in subparagraph (a) or (b) of this paragraph, or for any other reason.

WHEREFORE, Trustee prays for an order granting the following:

A.      Authorization to employ GOULD AUCTION AND APPRAISAL COMPANY as auctioneer to conduct a public sale to sell personal property, and

B.      Authorization to sell the above-described personal property at a public auction to be conducted on March 21, 2015, at 10:00 a.m. at 6200 Price Street, Bakersfield, California, and

C.      Authorization to pay the auctioneer fees and expenses described above, and

D. Such other relief as the Court deems just and practicable.

Dated: 2/17/2015                    /s/ Peter L. Fear
                                    PETER L. FEAR
                                    CHAPTER 7 TRUSTEE